UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Meda AB,

               Plaintiff,

        -against-

3M Company; 3M Innovative Properties
Company; and Riker Laboratories, Inc.

              Defendants.

Index No. 11-cv-0412 (AJN)

## DECLARATION D'OLIVIER MARIOTTE

## 8 Octobre 2012

























Je déclare sous peine de parjure en vertu des lois des Etats Unis d'Amérique que ce qui

précède est vrai et correct.

DATE:     Paris, France
          8 Octobre 2012

Par
:
          Olivier Mariotte

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Meda AB,

               Plaintiff,

        -against-

3M Company; 3M Innovative Properties
Company; and Riker Laboratories, Inc.

             Defendants.

Index No. 11-cv-0412 (AJN)

## DECLARATION OF OLIVIER MARIOTTE

## October 8, 2012

























I declare, under penalty of perjury in accordance with the laws of the United States of America, that the foregoing is true and accurate.

DATE:          Paris, France
 _____          October 8, 2012


                                                      By: _____

                                                      Olivier Mariotte



**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK        )
                         )          ss:
COUNTY of NEW YORK       )

### ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, *"October 8, 2012 Declaration of Olivier Mariotte"*, originally written in *French* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: October 9, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
____ day of ___October___,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014